IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARREN MAULL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv1065-MHT |
| | ) | (WO) |
| ALA BAMA PIZZA, INC., | ) | |
| d/b/a Domino's Pizza, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

Upon consideration of plaintiff Darren Maull's motion to dismiss only defendant Ala Bama Pizza, Inc. (doc. no. 24), it is ORDERED that:

(1) The motion is granted, pursuant to Federal Rule of Civil Procedure 41(a)(2).

(2) Plaintiff Darren Maull's claims against defendant Ala Bama Pizza, Inc., d/b/a Domino's Pizza, are dismissed without prejudice, and said defendant is terminated as a party to this action. All claims against all other defendants remain pending.

(3) The court assumes the other parties have no objection to this order; however, if there are objections, they must be filed within seven days of this order.

DONE, this the 20th day of March, 2019.

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**