IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARREN MAULL, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>5-STAR PIZZA, INC., )<br>d/b/a Domino's Pizza, and )<br>ALA BAMA PIZZA, L.L.C., )<br>d/b/a Domino's Pizza, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv1065-MHT<br>(WO) |

ORDER

Upon consideration of plaintiff Darren Maull's motion to dismiss only defendant 5-Star Pizza, Inc. (doc. no. 25), it is ORDERED that:

(1) The motion is granted, pursuant to Federal Rule of Civil Procedure 41(a)(2).

(2) Plaintiff Darren Maull's claims against defendant 5-Star Pizza, Inc., d/b/a Domino's Pizza, are dismissed without prejudice, and said defendant is terminated as a party to this action. All claims

against defendant Ala Bama Pizza, L.L.C. remain pending.

(3) The court assumes the other parties have no objection to this order; however, if there are objections, they must be filed within seven days of this order.

DONE, this the 20th day of March, 2019.

                                            /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**